**United States District Court**
For the Northern District of California

1
2
3
4
5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  HERNAN O'RYAN CASTRO,

10          Plaintiff,                          No. C 09-00589 JSW

11     v.

12  UNITED STATES OF AMERICA,           **ORDER SETTING BRIEFING SCHEDULE**

13          Defendant.
                                        /
14

15      This matter is set for a hearing on June 26, 2009 on Defendant United States of

16  America's motion to dismiss for lack of subject matter jurisdiction, or in the alternative, motion

17  for summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall

18  be filed by no later than **May 22, 2009** and a reply brief shall be filed by no later than **May 29,**

19  **2009**.

20      If the Court determines that the matter is suitable for resolution without oral argument, it

21  will so advise the parties in advance of the hearing date. If the parties wish to modify this

22  schedule, they may submit for the Court's consideration a stipulation and proposed order

23  demonstrating good cause for any modification requested.

24      Plaintiff should be aware that failure to oppose a proper motion for summary judgment

25  may result in the dismissal of this case with prejudice. A motion for summary judgment under

26  Rule 56 of the Federal Rules of Civil Procedure will, if granted, end Plaintiff's case. *See Rand*

27  *v. Rowland* 154 F.3d 952, 953-54 (9th Cir.1998) (en banc). A principal purpose of the summary

28  judgment procedure is to identify and dispose of factually supported claims. *See Celotex Corp.*

*v. Cattrett*, 477 U.S. 317, 323-24 (1986). In order to withstand a motion for summary judgment, the opposing party must set forth specific facts showing that there is a genuine issue of material fact in dispute. Fed. R. Civ. P. 56(e). A dispute about a material fact is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). In the absence of such facts, "the moving party is entitled to a judgment as a matter of law." *Celotex Corp.*, 477 at 323. In opposing summary judgment, Plaintiff is not entitled to rely on the allegations of his complaint. *See* Fed. R. Civ. P. 56(e); *cf. S. A. Empresa de Viacao Aerea Rio Grandense* (*Varig Airlines*) *v. Walter Kidde & Co.*, 690 F.2d 1235, 1238 (9th Cir. 1982) (stating that "a party cannot manufacture a genuine issue of material fact merely by making assertions in its legal memoranda"). Rather, Plaintiff's response must set forth specific facts supported by admissible evidence, i.e., affidavits or certified deposition testimony, showing that there is a genuine issue for trial. *See id.*; *see also Keenan v. Allan*, 91 F.3d 1275, 1279 (9th Cir. 1996) (quoting *Richards v. Combined Ins. Co.*, 55 F.3d 247, 251 (7th Cir. 1995), and stating that it is not a district court's task to "scour the record in search of a genuine issue of triable fact"). If summary judgment is granted, Plaintiff's case will be dismissed and there will be no trial. *See Rand v. Rowland* 154 F.3d at 953-54.

**IT IS SO ORDERED.**

Dated: May 7, 2009

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN O'RYAN CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>USA et al,<br><br>    Defendant. | Case Number: CV09-00589 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hernan O'Ryan Castro
15 Carleton Avenue
Daly City, CA 94015-3805

Dated: May 7, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk